IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Case No. 19-cv-01828-PAB-NRN

WESTLEY YBARRA,

     Plaintiff,

v.

JOHN/JANE DOE #1, Intelligence Officer, Sterling Correctional Facility,
ROBERT DICK, Case Manager III, Sterling Correctional Facility,
JOHN/JANE DOE #2, Associate Warden, Sterling Correctional Facility,
JOHN/JANE DOE #3, Warden, Sterling Correctional Facility,
JOHN/JANE DOE #4, Intelligence Officer, Colorado State Penitentiary,
JOHN/JANE DOE #5, Case Manager III, Colorado State Penitentiary,
JACKIE MCCALL, Associate Warden, Colorado State Penitentiary,
STEVE OWENS, Warden, Colorado State Penitentiary, and
EVA LITTLE, Lieutenant, Colorado Department of Corrections,

     Defendants.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate N. Reid Neureiter on July 31, 2020 [Docket No. 72]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on July 31, 2020. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge N. Reid Neureiter [Docket No. 72] is **ACCEPTED**;

2. Defendants' Motion to Dismiss [Docket No. 31] is **GRANTED**;

3. Plaintiff's Amended Complaint is dismissed without prejudice; and

4. The case is closed.

DATED August 20, 2020.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).