THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01828-PAB__NRN

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 17 2023
JEFFREY P. COLWELL
CLERK

Plaintiff,    Westley Ybarra

v.

Defendant.    Google

## MOTION TO CONSEAL RECORDS

Comes now before the court. Plaintiff Westley Ybarra, pro se, respectfuly request the court to order the consealment of public recods for the case of Ybarra vs Dick, Civil Action No- 1:19-cv-01828-PAB-NRN. A failure to protect Civil suit was filed because of the numerous assualts and attacks that had accured to the plaintiff. Your Honor agreed that the safty of the plaintiff, Westley Ybarra, Was in fact true and in danger. But had dismissed the suit due to a failure to exhaust available remedies. This Civil Suit that is now public has resluted in another assult and my family being threaten. I am begging your Honor and the Court to please seal these records. My safty is once again at risk. Thank You.

## CERTIFICATE OF MAILING

I hereby certify that on the of 14 th, of May, 2023, that all statements made are true and accurate, and that a true copy of a MOTION TO SEAL RECORDS, was placed in the prisons mailing system, first class postage prepaid and addressed to the U.S. District Court, Alfred A. Arraj U.S. Courthouse, 901 19th Street Room A 105, Denver, Colorado 80294-3598.

Westley Ybarra

Colorado Department Of Corrections
Name Westley Ybarra
Register Number 134751
Unit 6
Box Number 12750 Hwy 96@Lane 13
City, State, Zip Ordway, C.O. 81034

DENVER CO 802
15 MAY 2023 PM 3 L

U.S. District Court
Alfred A. Arraj U.S. Courthouse
901, 19th St. Room A-105
Denver, C.O. 80294-3598

5-14-23
FACILITY AVCF
STAFF LAST NAME Adams
134751 westley ybarra
DOC# OFFENDER NAME